**DENIED and Opinion Filed September 25, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-01063-CV**

**IN RE SEBRA PROUTT AND RASHAD WHITE, Relators**

**Original Proceeding from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. 1-24-1007**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Breedlove

Before the Court is relators' September 9, 2024 pro se petition for writ of habeas corpus. Relators ask this Court to compel the trial court to return their children.

To the extent that the petition is filed pro se by relator Sebra Proutt, we decline to consider it because she has been appointed an attorney ad litem. *See In re Jones*, No. 04-06-00026-CV, 2006 WL 286782, at *1 (Tex. App.—San Antonio Feb. 8, 2006, orig. proceeding) (explaining that absence of right to hybrid representation means relator's pro se petition for writ of mandamus will be treated as presenting nothing for Court's consideration).

Relators' petition also does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(a)–(c), (e)–(k); TEX. R. APP. P. 52.7(a). Thus, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relators' petition.

Additionally, based on our review, relators' petition for writ of mandamus contains unredacted sensitive data, including minors' full names, in violation of Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9. Accordingly, we also strike relators' petition.

241063f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

–2–